## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on September _20_, 2017, against ELIZABETH TON, a/k/a LISA GOMES, charging the following:

21 USC 846 - Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

☐   bail be set at $_____

☐   defendant be detained without bail.

COMMENTS:

Dated: 9/20/17

CHRISTOPHER C. MYERS
United States Attorney