UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Elizabeth Ton,<br><br>    Defendant. | Case No.:  3:17-cr-206-04<br><br>**MOTION TO CONTINUE** |

TO:   PLAINTIFF AND ITS ATTORNEYS, CHRIS C. MEYERS, UNITED STATES ATTORNEY, QUENTIN N. BURDICK US COURTHOUSE, 655 1ST AVENUE NORTH, SUITE 250, FARGO, ND 58102-4932.

Defendant Elizabeth Ton moves this Honorable Court for its Order continuing the Sentencing in this matter currently scheduled for September 17, 2018, on the following grounds:

> Defendant is listed as a witness in an upcoming co-defendant trial, and both the Defense and Government have a desire to wait with sentencing until after that proceeding.  Defendant waives any time restrictions in regards to her sentencing hearing.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. The undersigned, further, represents that this Motion was discussed with the assigned prosecutor and was told there was no objection to this request.

Dated this 30th day of August, 2018.

**VOGEL LAW FIRM**

*/s/ KENNETH J. KOHLER*
BY: Kenneth J. Kohler (#06338)
215 30th Street North
P. O. Box 1077
Moorhead, MN  56561-1077
Telephone:  218.236.6462
Email:     kkohler@vogellaw.com
ATTORNEYS FOR DEFENDANT